UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC ELEMENTS, LLC d/b/a HEARTLAND GRAINS & MILLING, LLC.,<br><br>　　　　　　Defendant. | No.  1:20-cv-00449-NONE-SKO<br><br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 4) |

　　　　On May 15, 2020, Plaintiff filed a Notice of Dismissal of Entire Action with Prejudice, in which it notifies the Court of the dismissal of this action with prejudice.  (Doc. 4.)  Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:   **May 18, 2020**　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE